# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Lynette Nano
                        Plaintiff,

v.                                          Case No.: 1:16–cv–07739
                                                     Honorable Robert W. Gettleman

W.W. Grainger, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 28, 2017:

      MINUTE entry before the Honorable Robert W. Gettleman: On stipulation, this lawsuit is dismissed with prejudice, with each side to bear its own attorneys' fees and costs. Civil case terminated. mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.